NOT FOR PUBLICATION

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| GEOFFREY MEEKER, individually, and as next of friend of MADELEINE NOEL MEEKER, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> KEN HENDERSON, <br><br> Defendant. | Civil No. 2008-49 |

**Lee J. Rohn, Esq.**
St. Croix, U.S.V.I.
  *For the plaintiffs,*

**Douglas L. Capdeville, Esq.**
St. Croix, U.S.V.I.
  *For the defendant.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of Ken Henderson ("Henderson") for partial summary judgment against Geoffrey Meeker ("Meeker"), individually and as next of friend of Madeleine Noel Meeker. The premises considered, it is hereby

**ORDERED** that the motion is **DENIED**.

S\_____
  CURTIS V. GÓMEZ
    Chief Judge